IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO: 20- |
| v. | : |
| | : DATE FILED: |
| NICHOLAS A. BUFANIO | : |
| | : VIOLATION: 18 U.S.C. § 1347 (health care fraud – 1 count) |
| | : Notice of forfeiture |

**INFORMATION**

<u>COUNT ONE</u>
**(Health Care Fraud)**

THE UNITED STATES ATTORNEY CHARGES THAT:

At all times material to this information:

1. Defendant NICHOLAS A. BUFANIO was a chiropractor licensed to practice in the Commonwealth of Pennsylvania. Since at least 2011, defendant BUFANIO owned and operated a chiropractic clinic, incorporated under the name Community Chiropractic, Inc., located at 4063 Nazareth Pike, Bethlehem, PA 18020.

2. Defendant NICHOLAS A. BUFANIO used his practice to defraud health care benefit programs, as defined in Title 18, United States Code, Section 24(b), by submitting fraudulent claims for chiropractic services not rendered.

3. From in or about January 2017 through in or about August 2018, in Bethlehem, Pennsylvania, in the Eastern District of Pennsylvania, defendant

**NICHOLAS A. BUFANIO**

knowingly and willfully executed, and attempted to execute, a scheme and artifice to defraud health care benefit programs in connection with the delivery of and payment for health care benefits, items, and services, and to obtain by means of false and fraudulent pretenses, representations, and promises, money and property owned by and under the custody and control of health care benefit programs, by submitting claims for services not rendered of approximately $236,037.

In violation of Title 18, United States Code, Section 1347.

## NOTICE OF FORFEITURE

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

1. As a result of the violation of Title 18, United States Code, Section 1347, set forth in this Information, defendant

**NICHOLAS A. BUFANIO**

shall forfeit to the United States of America any property that constitutes or is derived from gross proceeds traceable to the commission of such offense.

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 18, United States Code, Section 982(a)(7).

*[signature]*
**WILLIAM M. MCSWAIN**
**UNITED STATES ATTORNEY**